WILLIAM G. MALCOLM #129271
BRIAN S. THOMLEY #275132
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032

Counsel for LoanCare, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHNNY L. PEREZ<br>MICHELLE R. PEREZ,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LOANCARE, LLC, and DOES 1-100 inclusive,<br><br>          Defendants. | Case No. 2:20-cv-01464-JAM-CKD<br><br>*Assigned to:  Hon. John A. Mendez*<br>*Referred to:  Hon. Carolyn K. Delaney*<br><br>**ORDER APPROVING FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Having reviewed the above-entitled stipulation ("Stipulation") filed by Plaintiffs JOHNNY L. PEREZ and MICHELLE R. PEREZ (collectively, "Plaintiffs") and Defendant LOANCARE, LLC ("LoanCare"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved, and LoanCare's deadline to respond to the Complaint is extended another thirty (30) days, from November 20, 2020 to December 21, 2020.

DATED: November 19, 2020        /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE